### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDWARD LESLIE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>       v.<br><br>JOHN C. HEATH ATTORNEY AT LAW, PROFESSIONAL LIABILITY LAW COMPANY d/b/a LEXINGTON LAW,<br><br>    Defendant. | Case No. 2:15-cv-00833-PMW<br><br>ORDER<br><br>Magistrate Judge Paul M. Warner |

The stipulated motion for voluntary dismissal by Plaintiff Edward Leslie ("Plaintiff") and Defendant John C. Heath Attorney at Law, Professional Liability Law Company d/b/a Lexington Law ("Defendant") is hereby **GRANTED**.[1]  Plaintiff's complaint in this action is hereby **DISMISSED**, in its entirety, with prejudice.  Claims of any purported class members are dismissed without prejudice.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

DATED this 28th day of September, 2016.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge

---

[1] Docket no. 49.